OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 28 2015

WR-74,501-07

**10/19/2015**
**TUCKER, EDWARD CHARLES** Tr. Ct. No. 241-2005-07-D

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

EDWARD CHARLES TUCKER
HODGE UNIT - TDC #1495137
P.O. BOX 999
RUSK, TX 75785